UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VOLTAGE PICTURES, LLC, a California
Limited Liability Company, and TCYK, LLC,
a California Limited Liability Company,

                             **Plaintiffs,**

                  v.                              Civil No.6:14-cv-01193-AA

MURPHY SMITH,

                             **Defendant.**

## JUDGMENT

      This action is dismissed and judgment is awarded in favor of plaintiffs and against defendant as follows: (1) statutory damages in the amount of $750; (2) attorney's fees and costs in the amount of $5968.80 and (3) a permanent injunction enjoining defendant from infringing plaintiffs' rights in plaintiffs' motion pictures including, without limitation, by using the internet to reproduce or copy plaintiffs' motion pictures, to distribute plaintiffs' motion pictures, or to make plaintiffs' motion pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs. Defendant shall destroy all unauthorized copies of plaintiffs' motion pictures in his possession.

      Dated this 18th day of February, 2015.

                                               **Ann Aiken**
                                         **United States District Judge**

**JUDGMENT**